THE STATE OF OHIO, APPELLEE, *v.* FORTMAN, APPELLANT.

[Cite as *State v. Fortman* (1998), 84 Ohio St.3d 14.]

(No. 98–899—Submitted October 13, 1998—Decided November 25, 1998.)

———:———

*Mathias H. Heck, Jr.*, Montgomery County Prosecuting Attorney, and *Cheryl A. Ross*, Assistant Prosecuting Attorney, for appellee.

*Rudd, Silverberg, Zaharieff & Orlins Co., L.P.A.*, and *Anthony J. Zaharieff*, for appellant.

———

The judgment of the court of appeals on Proposition of Law No. I is affirmed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

The appeal is dismissed as having been improvidently allowed on Proposition of Law No. II.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.